# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIO J. RODRIGUEZ, III,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:18-cv-00859-BAM<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER AND FOR FAILURE TO PROSECUTE<br><br>(Doc. No. 13)<br><br>**RESPONSE DUE May 3, 2019** |

On March 6, 2019, the Court issued an order granting Denise Bourgeois Haley's motion to withdraw as attorney of record for Plaintiff Claudio J. Rodriguez, III ("Plaintiff"). Plaintiff was substituted for counsel *in propria persona* and directed to either file an opening brief or retain new counsel within thirty (30) days from service of the Order. Plaintiff was warned that his failure to comply with the Order may result in dismissal of this action for failure to obey a court order and failure to prosecute. (Doc. No. 16.) The Order was served on Plaintiff at his last known address. (Doc. No. 17.) More than thirty days have passed since service of the Order, and Plaintiff has not filed an Opening Brief, retained new counsel or otherwise contacted this Court.

Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE why this action should not be dismissed for Plaintiff's failure to comply with the Court's orders and Plaintiff's failure to prosecute this action. Plaintiff shall file a written response to this order to show cause no later

1

than **May 3, 2019.** Plaintiff also may comply with this order by filing his Opening Brief or a substitution of counsel form.

**<u>Plaintiff is advised that failure to respond to this order will result in the dismissal of this action for failure to obey a court order and failure to prosecute.</u>**

IT IS SO ORDERED.

Dated: **April 18, 2019**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2